United States District Court
for the District of New Jersey

_____
|                                      | :
| **USA**                              | :
|                                      | :  Crim. No. 12-332
|            Plaintiff                 | :
|       vs.                            | :  Order of Reassignment
| **MICHAEL WEST**                     | :
|                                      | :
|            Defendant                 | :
|_____| :

It is on this 17th day of May 2012,

O R D E R E D that the entitled action is reassigned

from Judge Esther Salas to Judge Claire C. Cecchi.

　　　　　　　　　　　　　　　　　　S/Jerome B. Simandle
　　　　　　　　　　　　　　　　　　Jerome B. Simandle, Chief Judge
　　　　　　　　　　　　　　　　　　United States District Court